# EXHIBIT B

11/1/2018 FedEx worker cuffed for stabbing 28-year-old man multiple times in Koreatown (WARNING: GRAPHIC IMAGE) - NY Daily News

Case 1:18-cv-06139-AMD-JO Document 1-2 Filed 11/01/18 Page 2 of 8 PageID #: 11



| TOPICS | DAILY NEWS | $1 FOR 3 MONTHS Sale ends 11/7 | LOG IN |

**MIDTERMS SALE | $1 FOR 3 MTHS**

Pro-Trump troll Jacob Wohl falsely claims no women were offered cash to smear...

Reese's sets up 'candy converter' vending machine that swaps out unwanted...

Indiana driver accused of fatally striking three siblings at bus stop said she did not...

Five shot — year-o stabb

**MANHATTAN**

# FedEx worker cuffed for stabbing 28-year-old man multiple times in Koreatown (WARNING: GRAPHIC IMAGE)

By **JOHN ANNESE** and **LAURA DIMON**
NEW YORK DAILY NEWS | APR 23, 2018

A FedEx worker repeatedly stabbed a man after the two argued just steps from the Empire State Building on Monday, police said.

Cops said the two men had a heated argument on Fifth Ave. near 33rd St. in Koreatown about 1:40 p.m., and the fight escalated.

ADVERTISEMENT

It wasn't immediately known what sparked the violent disagreement. Both men work in the area, according to police.

The FedEx worker, Tyquan Bailey, 22, of Orange, N.J., was taken into custody a short time later, and arrived at the police precinct sporting his uniform. He's charged with attempted murder, assault and weapon possession..

PAID POST — What Is This?



"Game Changer" for Americans in debt: 0% intro APR until 2020

If you're carrying a balance on a high interest credit card or are looking to make a big purchase in the coming months, it's time to switch cards and save money.

SEE MORE

Sponsored Content by comparecards

Medics took the victim, Jack Gindi, 28, to Bellevue Hospital, where he was listed in stable condition, officials said.



A man sporting a FedEx uniform was taken into custody a short time after the stabbing. (Gardiner Anderson)

Neither Gindi nor the alleged stabber were willing to tell cops why they were quarreling, police sources said.

"We were shocked to learn about the incident in Manhattan today and our thoughts go out to the individual who was injured," FedEx spokeswoman Ashley Allen. "We are cooperating fully with investigating authorities at this time."

Allen wouldn't say how long Bailey worked for FedEx, and wouldn't discuss his job status after the stabbing.

11/1/2018 FedEx worker cuffed for stabbing 28-year-old man multiple times in Koreatown (WARNING: GRAPHIC IMAGE) - NY Daily News

Case 1:18-cv-06139-AMD-JO   Document 1-2   Filed 11/01/18   Page 4 of 8 PageID #: 13

Police said Bailey threatened another man on the same block on April 16. He bumped the 20-year-old victim in the shoulder and told him, "Do you want to start this right now? I'll rip your f---ing head off," cops said.



A FedEx worker (right) looks at man lying on the ground with stab wounds Monday in Manhattan. (Obtained From V.H. exclusively by New York Daily News)

David Markovich, 29, who witnessed the aftermath, said a second FedEx truck arrived shortly after the attack to complete the man's deliveries.

The stabbing happened just two blocks away from a Jan. 21 shooting that left three men wounded.

The alleged shooter in that case, Mahktar Diouf, 30, was busted after fleeing to Georgia.

Cops believe the shooting stemmed from a drug beef — Diouf got into an argument with a buyer, then started blasting indiscriminately, hitting his target and two other men, cops said. He remains locked up on $750,000 bail, and faces attempted murder and other charges.

11/1/2018 Case 1:18-cv-06139-AMD-JO Document 1-2 FedEx worker cuffed for stabbing 28-year-old man multiple times in Koreatown (WARNING: GRAPHIC IMAGE) - NY Daily News Filed 11/01/18 Page 5 of 8 PageID #: 14



A 28-year-old man was stabbed multiple times in the back in Korea Town Monday. (Anthony DelMundo/New York Daily News)

Markovich, who lives in the area, witnessed that scene as well, walking up on the three victims on the ground moments after the shooting.

"If this happens one more time, I'm out of this neighborhood. I haven't even been here six months," Markovich said Monday.

As he came upon the scene, he thought, "Is this a shooting again? There's no way there's another shooting," Markovich said.

ADVERTISEMENT

http://www.nydailynews.com/new-york/manhattan/fedex-worker-cuffed-man-stabbed-korea-town-article-1.3950254 4/7

11/1/2018 FedEx worker cuffed for stabbing 28-year-old man multiple times in Koreatown (WARNING: GRAPHIC IMAGE) - NY Daily News

Case 1:18-cv-06139-AMD-JO Document 1-2 Filed 11/01/18 Page 6 of 8 PageID #: 15

The Midtown South Precinct, where both the stabbing and January's shooting took place, has seen a small decrease in major crime so far in 2018, but serious assaults have spiked by more than 36 %.

The precinct has seen 60 felony assaults and 219 misdemeanor assaults as of April 15, compared to 44 felony assaults and 967 misdemeanor assaults in the same time period last year.

With Rocco Parascandola

Topics: midtown, new york assaults


Feed

### 3 Ways Your Cat Asks For Help
Dr. Marty

### If Your Dog Eats Grass (Do This Everyday)
Ultimate Pet Nutrition

### StairLift Elevators Could Be a Cheaper Luxury Than You Might Think
StairLift | Search Ads

Sponsored Links

## You May Like

### Netflix Gives Them The Boot: All Shows Being Cancelled In 2018
Thedelite

### Plastic Surgeon Reveals: "You Can Fill In Wrinkles At Home" (Here's How)
Beverly Hills MD

Sponsored Links

### 'Modern Family' Star Posed With A Fan - Then Realized Who She Really Was
NinjaJournalist

### Submarine Captured These Horrifying Titanic Images
BlitzLift

### 19 Military Benefits All Veterans And Active Duty Military Members Are Entitled To
Veterans Discounts Club

Sponsored Links

## Recommended For You

### Nicki Minaj's most outrageous looks

### 80-year-old Minnesota woman 'will not be missed' by children, according to scathing obituary

 69° New York City, NY More

Sponsored Links by Taboola **If Your Dog Eats Grass (Do This Everyday)**
Ultimate Pet Nutrition

**Michael Jackson's Only Biological Son Is Now 16 & Looks Incredibly Like Him**
Finance Nancy

**Here Are The Best Vehicle GPS Tracking Devices**
Yahoo Search

**Cancelled TV Shows: The Complete List Of Television Cancellations 2018**
Simplemost

Sponsored Links

## LATEST



**NEW YORK**
James Rackover was 'all in' participant in grisly death of 26-year-old Connecticut man: DA
2h



**MANHATTAN**
Halloween magic: Houdini's childhood home dedicated
OCT 31, 2018

**NEW YORK**
Upper West Side basketball coach cops to sexually assaulting two young girls
OCT 30, 2018



**NEW YORK**
Son of Fox-5 anchor Rosanna Scotto testifies James Rackover confessed to murdering man in his apartment
OCT 29, 2018



**NEW YORK**
CARIBBEAT: Unpublished documents from Malcolm X's autobiography on display at the Manhattan's Schomburg Center
OCT 28, 2018



## You May Like

Sponsored Links by Taboola

**This Is Why Robert Reed Hated The Brady Bunch**
Activly

**These Breeds Make The Best Companions For Seniors & Retirees**
Livestly

**Shut the Front Door! These Luxury Vehicles Cost Under $50k!**
Luxury Cars | Sponsored links

11/1/2018 FedEx worker cuffed for stabbing 28-year-old man multiple times in Koreatown (WARNING GRAPHIC IMAGE) - NY Daily News

Case 1:18-cv-06139-AMD-JO Document 1-2 Filed 11/01/18 Page 8 of 8 PageID #: 17

### See How Guys Everywhere Are Elevating Their Weekend Wear
The Weekly Brief | Mack Weldon

ADVERTISEMENT

ADVERTISEMENT



# Download our mobile app
# Subscribe for unlimited access

| | |
|---|---|
| Contact Us | Careers |
| Site Map | Feeds |
| Place an Ad | Media Kit |
| Contests | Special Sections |
| BestReviews | Manage Subscription |
| The Daily Meal | The Active Times |
| Privacy Policy | Terms of Service |

Copyright © 2018, New York Daily News