# EXHIBIT C



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Gardiner Anderson)[ in Keyword Anywhere ]
Search Results: Displaying 1 of 15 entries



**4.23.18, Fedex Stabbing, Anderson.jpg.**

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002109214 / 2018-07-02 |
| **Application Title:** | 4.23.18, Fedex Stabbing, Anderson.jpg. |
| **Title:** | 4.23.18, Fedex Stabbing, Anderson.jpg. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Gardiner Anderson. Address: 44 St. Nicholas Avenue-Apt 3R, Brooklyn, NY, 11237, United States. |
| **Date of Creation:** | 2018 |
| **Date of Publication:** | 2018-04-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Gardiner Anderson; Domicile: United States; Citizenship: United States. Authorship: Photograph. |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Anderson, Gardiner |



| Save, Print and Email (**Help Page**) |
|:---:|
| Select Download Format [Full Record ▼]  [Format for Print/Save] |
| Enter your email address: [              ]  [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page