# EXHIBIT D

www.lakewoodnj.com/tehillim-frum-man-stabbed-in-manhattan-and-21-critical-condition/

He was rushed to Bellevue Hospital where he is listed in critical condition.
The suspect was taken into custody by the NYPD.

Please say Tehillim for Yaakov Ben Yocheved.



The suspected FedEx employee taken into custody

Additional details will be published when they become available to us.



**Find the perfect property TODAY!**
Israel, BKLYN , NJ, Long Island!
Approved areas for you and your family!
www.kosherrentals.com

**Kosher Kouponz**
Daily Kosher Deals! Up to 90% Off!
KosherKouponz.com

Powered by YidSense

## RECENT POSTS

**Thailand Says It's Willing To Host Trump-Kim Summit**
April 25, 2018,

**Investigators: School Design Contributed To Massacre At Florida School**
April 25, 2018,

**Waffle House Suspect's Ex-Bosses Asked FBI To Keep, Help Him**
April 25, 2018,

## LATEST COMMENTS

Ann Connolly on Jewish jocks no joking matter

**HELP WANTED**
**SALES POSITION**
INCREDIBLE EARNINGS POTENTIAL
**Brooklyn Office**


Now HIRING

Contact 646-274-0011

FrumTube.com Featured Video

The suspect was taken into custody by the NYPD.

Please say Tehillim for Yaakov Ben Yocheved.



The suspected FedEx employee taken into custody

Additional details will be published when they become available to us.

**View image on Twitter**



ADVERTISEMENT



Click to enable Adobe Flash Player



**Kosher Kouponz**
Daily Kosher Deals! Up to 90% Off!
KosherKouponz.com

**Find the perfect property TODAY!**
Israel, BKLYN , NJ, Long Island!
Approved areas for you and your family!
www.kosherrentals.com

**FrumTube.com Kosher Videos**
Upload and View Kosher Videos Today!
Music, Torah, News, Entertainment+
more!
FrumTube.com

Powered by YidSense

www.boropark.com/tehillim-frum-man-stabbed-in-manhattan-and-in-critical-condition/



The suspected FedEx employee taken into custody

TEHILLIM: Frum Man Stabbed ✕

www.cedarhurstnewyork.com/tehillim-frum-man-stabbed-in-manhattan-and-in-critical-condition/

Home | Directory | Events | Classifieds | Jobs | Blog | Deals | Advertise | About Us | Feedback | Contact

ב"ה



NEWS IN YOUR INBOX

Enter your email address    SUBSCRIBE



Loading Weather Data.
Please Wait...

Tweet

0

Like

**Local**

# TEHILLIM: FRUM MAN STABBED IN MANHATTAN AND IN CRITICAL CONDITION

APRIL 23, 2018

An Orthodox Jewish man is in serious condition after he was stabbed in Midtown Manhattan on Monday afternoon.

Sources tell YWN that the 32-year-old victim was walking on 33rd Street and 5th Avenue when he accidentally bumped into a FedEx employee. They got into an altercation which resulted in the FedEx employee stabbing the Jewish man at least 4 times.

He was rushed to Bellevue Hospital where he is listed in critical condition.
The suspect was taken into custody by the NYPD.

Please say Tehillim for Yaakov Ben Yocheved.

**ADVERTISE**

Get the word out with
Koshermedia.com!

**FEATURED LISTINGS**

  **ShopCedarhurst.com**
in Retail Stores

  **Smooth Riding, Inc.**
in Transportation

  **Kosher Kouponz**
Daily Kosher Deals! Up to 90% Off!
KosherKouponz.com

  **Find the perfect property TODAY!**
Israel, BKLYN , NJ, Long Island!
Approved areas for you and your family!
www.kosherrentals.com

FrumTube.com Kosher Videos



He was rushed to Bellevue Hospital where he is listed in critical condition.
The suspect was taken into custody by the NYPD.

Please say Tehillim for Yaakov Ben Yocheved.




The suspected FedEx employee taken into custody

Additional details will be published when they become available to us.



FrumTube.com Kosher Videos
Upload and View Kosher Videos Today! Music, Torah, News, Entertainment+ more!
FrumTube.com

Kosher Kouponz
Daily Kosher Deals! Up to 90% Off!
KosherKouponz.com

Find the perfect property TODAY!
Israel, BKLYN , NJ, Long Island! Approved areas for you and your family!
www.kosherrentals.com

Powered by YidSense

## RECENT POSTS

TEHILLIM: Frum Man Stabbed In Manhattan And In Critical Condition
April 23, 2018,

BH Lubavitch of Scotland
April 23, 2018,

NEWS VIDEOS: Surveillance Footage Of Vicious Crown Heights Assault; Victims Says He Recited 'Shema Yisroel'
April 23, 2018,

## LATEST COMMENTS

Doug on Orthodox Residents Suing LeFrak City over Electric Doors

LENASILK on New York – Mayor de Blasio Defends Metzitzah B'peh Agreement

Steven J Glueck on Jonathan Pollard's Release Date

USA EMV cards available today (Chip & PIN -or- Chip & Signature). - Page 312 - FlyerTalk Forums on New York –

TEHILLIM: Frum Man Stabbed ×

www.brooklynnewyork.com/tehillim-frum-man-stabbed-in-manhattan-and-in-critical-condition/

Home | Directory | Events | Classifieds | Jobs | Blog | Deals | Advertise | About Us | Feedback | Contact




SalezPros.com
Helping Your Amazon Business Grow

Build **Your** Brand on
amazon

NEWS IN YOUR INBOX
Enter your email address   SUBSCRIBE

■ ■ ■
Loading Weather Data.
Please Wait...


Brooklyn NewYork.com

**Local**

# TEHILLIM: FRUM MAN STABBED IN MANHATTAN AND IN CRITICAL CONDITION

🕐 APRIL 23, 2018

An Orthodox Jewish man is in serious condition after he was stabbed in Midtown Manhattan on Monday afternoon.

Sources tell YWN that the 32-year-old victim was walking on 33rd Street and 5th Avenue when he accidentally bumped into a FedEx employee. They got into an altercation which resulted in the FedEx employee stabbing the Jewish man at least 4 times.

He was rushed to Bellevue Hospital where he is listed in critical condition.
The suspect was taken into custody by the NYPD.

Please say Tehillim for Yaakov Ben Yocheved.

**ADVERTISE**

Get the word out with
Koshermedia.com!

**FEATURED LISTINGS**


**Power Homes Realty**
in Real Estate
*Looking to Buy or Sell a home in Brooklyn or Queens?*


**Dina's touch**
in Beauty
*Dina's Touch for all your hair & wig needs!*


**FrumTube.com Kosher Videos**
Upload and View Kosher Videos Today!
Music, Torah, News, Entertainment+ more!
FrumTube.com

**Find the perfect property TODAY!**
Israel, BKLYN , NJ, Long Island!
Approved areas for you and your family!
www.kosherrentals.com



TEHILLIM: Frum Man Stabbed    ×

www.elizabethnewjersey.com/tehillim-frum-man-stabbed-in-manhattan-and-in-critical-condition/

An Orthodox Jewish man is in serious condition after he was stabbed in Midtown Manhattan on Monday afternoon.

Sources tell YWN that the 32-year-old victim was walking on 33rd Street and 5th Avenue when he accidentally bumped into a FedEx employee. They got into an altercation which resulted in the FedEx employee stabbing the Jewish man at least 4 times.

He was rushed to Bellevue Hospital where he is listed in critical condition.
The suspect was taken into custody by the NYPD.

Please say Tehillim for Yaakov Ben Yocheved.



**Find the perfect property TODAY!**
Israel, BKLYN , NJ, Long Island!
Approved areas for you and your family!
www.kosherrentals.com

**FrumTube.com Kosher Videos**
Upload and View Kosher Videos Today!
Music, Torah, News, Entertainment+
more!
FrumTube.com

**Kosher Kouponz**
Daily Kosher Deals! Up to 90% Off!
KosherKouponz.com

Powered by YidSense

## RECENT POSTS

**TEHILLIM: Frum Man Stabbed In Manhattan And In Critical Condition**
April 23, 2018.

**BH Lubavitch of Scotland**
April 23, 2018.

**NEWS VIDEOS: Surveillance Footage Of Vicious Crown Heights Assault; Victims Says He Recited 'Shema Yisroel'**
April 23, 2018.

## LATEST COMMENTS

Moishela on NY Mayor De Blasio says fire at Orthodox Jewish home in Brooklyn 'unbelievable tragedy'

Moishela on Peace Now chief does reserve duty in West Bank

Moishela on Edison native wounded in Gaza fighting

Tweet
0
Like

TEHILLIM: Frum Man Stabbed ×

www.staten-island.com/tehillim-frum-man-stabbed-in-manhattan-and-in-critical-condition/

An Orthodox Jewish man is in serious condition after he was stabbed in Midtown Manhattan on Monday afternoon.

Sources tell YWN that the 32-year-old victim was walking on 33rd Street and 5th Avenue when he accidentally bumped into a FedEx employee. They got into an altercation which resulted in the FedEx employee stabbing the Jewish man at least 4 times.

He was rushed to Bellevue Hospital where he is listed in critical condition.
The suspect was taken into custody by the NYPD.

Please say Tehillim for Yaakov Ben Yocheved.

**FEATURED LISTINGS**



**Quality 1st Basement System...**
in Home Services

Tweet

0

Like



frum | tube    **FrumTube.com Kosher Videos**
Upload and View Kosher Videos Today!
Music, Torah, News, Entertainment+
more!
FrumTube.com

Kosher    **Find the perfect property TODAY!**
Rentals    Israel, BKLYN , NJ, Long Island!
Approved areas for you and your family!
www.kosherrentals.com

Kosher    **Kosher Kouponz**
Daily Kosher Deals! Up to 90% Off!
KosherKouponz.com

Powered by YidSense

**RECENT POSTS**

**TEHILLIM: Frum Man Stabbed In Manhattan And In Critical Condition**
April 23, 2018,

**BH Lubavitch of Scotland**
April 23, 2018,

**NEWS VIDEOS: Surveillance Footage Of Vicious Crown Heights Assault; Victims Says He Recited 'Shema Yisroel'**
April 23, 2018,

**LATEST COMMENTS**

Iraq is going to Fall | Natural Disaster Astrology on Turkey Rejects Payment, Apology for Terrorist Deaths

Case 1:18-cv-06139-AMD-JO Document 14 Filed 11/01/18 Page 10 of 30 PageID #: 29





Sandra Bookman
✓ @SandraBookman7

One man stabbed… another man in custody. Police on the scene in Midtown at 33rd and Fifth.

@ABC7NY

2:37 PM – Apr 23, 2018
- 26
- 27 people are talking about this

Twitter Ads info and privacy
(Yossi Taub – YWN)

POSTED IN » Local

## LEAVE A RESPONSE »

Name (required)

Email (required)

Website

Comment

reCAPTCHA V1 IS SHUTDOWN
Direct site owners to g.co/recaptcha/upgrade

Type the text    reCAPTCHA™
Privacy & Terms

POST COMMENT





**Connect With Us**

 Twitter

 Facebook

 RSS Feed

**NEWS IN YOUR INBOX**

Enter your email address    SUBSCRIBE

**Sections**

- Israel
- Breaking News
- US
- World
- Local

**Contact**

- Advertising
- Feedback
- About Us
- Contact Us

Copyright © 2018 Kosher Media, Inc. All Rights Reserved.

Case 1:18-cv-06139-AT-RLE Document 14 Filed 11/01/18 Page 13 of 30 PageID #: 32



DIRECTORY　　ABOUT US　　ADVERTISING　　FEEDBACK　　CONTACT-US

  



# TEHILLIM: Frum Man Stabbed In Manhattan And In Critical Condition

LOCAL

APRIL 23, 2018



RELATED ITEMS



An Orthodox Jewish man is in serious condition after he was stabbed in Midtown Manhattan on Monday afternoon.

Sources tell YWN that the 32-year-old victim was walking on 33rd Street and 5th Avenue when he accidentally bumped into a FedEx employee. They got into an altercation which resulted in the FedEx employee stabbing the Jewish man at least 4 times.

He was rushed to Bellevue Hospital where he is listed in critical condition.
The suspect was taken into custody by the NYPD.

Please say Tehillim for Yaakov Ben Yocheved.



The suspected FedEx employee taken into custody

Additional details will be published when they become available to us.

POPULAR　　LATEST　　COMMENTS

French Police Arrest Notorious Gangster Who Disguised As Orthodox Jew & Burqa Woman After Daring Prison Escape
LOCAL ∙ OCTOBER 4, 2018

Ben Gurion Airport to Undergo Major Overhaul in 2019
LOCAL ∙ OCTOBER 4, 2018

5 Jews Make The Forbes' List of Top-10 Wealthiest Americans
LOCAL ∙ OCTOBER 11, 2018

CATEGORY 2: Hurricane Michael, Takes Aim At North Florida
LOCAL ∙ OCTOBER 9, 2018

RECENT COMMENTS

adlers on New Engagement!

Susan on Adam Schwab, Internet mogul, addresses Chabad of Melbourne CBD

Ilan, a member there on Michigan Supreme Court Rules Against Head Shliach

david on Aleph: No Jewish Soldier Will Be Left Behind

henry herzog on Chabad of Melbourne CBD celebrated their annual Purim with live music and dancing, and special guest speakers

ADVERTISEMENT






View image on Twitter



Sandra Bookman

✔@SandraBookman7

One man stabbed... another man in custody. Police
on the scene in Midtown at 33rd and Fifth.
**@ABC7NY**

2:37 PM – Apr 23, 2018

· **26**

· **27 people are talking about this**

**Twitter Ads info and privacy**

(Yossi Taub – YWN)

<p style="background:#29b6f6;color:#fff;text-align:center;padding:8px;">💬 CLICK TO ADD A COMMENT</p>

**MORE IN LOCAL**



Jews in Pennsylvania Take Up Arms
After Pittsburgh Attack
admin   NOVEMBER 1, 2018

Pittsburgh Synagogue Suspect Pleads
Not Guilty As More Funerals Are Held
admin   NOVEMBER 1, 2018

Crashed Lion Air Jet Possibly Located:
Debris & Belongings Found on Seabed
admin   OCTOBER 31, 2018

DOJ: Pipe Bomb Suspect Searched
Targets, Photos Online
admin   OCTOBER 31, 2018

New release for Chanukah: Where's the
Jelly 2 by Sonia Schwartz, illustrated by
Bayla Horowitz
admin   OCTOBER 31, 2018

Palestinians Revive Calls To End
Security Ties With Israel; Suspend
Recognition Of Israel
admin   OCTOBER 31, 2018



SECOND CARAVAN Enters Mexico; 5000 Migrants Continue March To U.S. Border

admin    OCTOBER 31, 2018

Jewish Man R"L Murdered In Los Angeles

admin    OCTOBER 30, 2018

Coke Rides On Sales Of Healthier Drinks

admin    OCTOBER 30, 2018

**CATEGORIES**

Local

**PAGES**

Directory
About Us
Advertising
Feedback
Contact-Us

**NEWS IN YOUR INBOX**

Enter your Email address   OK!

Copyright © 2015 Kosher Media, Inc. All Rights Reserved.



Home | Directory | Events | Classifieds | Jobs | Blog | Deals | Advertise | About Us | Feedback | Contact

בס"ד

**NEWS IN YOUR INBOX**
Enter your email address   SUBSCRIBE

## BoroPark.com

Loading Weather Data.
Please Wait...

**Local**

## TEHILLIM: FRUM MAN STABBED IN MANHATTAN AND IN CRITICAL CONDITION

APRIL 23, 2018

An Orthodox Jewish man is in serious condition after he was stabbed in Midtown Manhattan on Monday afternoon.

Sources tell YWN that the 32-year-old victim was walking on 33rd Street and 5th Avenue when he accidentally bumped into a FedEx employee. They got into an altercation which resulted in the FedEx employee stabbing the Jewish man at least 4 times.

He was rushed to Bellevue Hospital where he is listed in critical condition.
The suspect was taken into custody by the NYPD.

Please say Tehillim for Yaakov Ben Yocheved.

The suspected FedEx employee taken into custody

Additional details will be published when they become available to us.

View image on Twitter

**ADVERTISE**

Get the word out with
Koshermedia.com!

**FEATURED LISTINGS**

Reisman's Bakery
in Food

Panim Yaffot Salon & Spa
in Retail Stores, Beauty

FrumTube.com Kosher Videos
Upload and View Kosher Videos Today!
Music, Torah, News, Entertainment+
more!
FrumTube.com

Find the perfect property TODAY!
Israel, BKLYN , NJ, Long Island!
Approved estates for you and your family!
www.kosherrentals.com

Kosher Kouponz
Daily Kosher Deals! Up to 90% Off!
KosherKouponz.com

Powered by YidSense

**RECENT POSTS**

Jews in Pennsylvania Take Up Arms
After Pittsburgh Attack
November 1, 2018.

Pittsburgh Synagogue Suspect Pleads
Not Guilty As More Funerals Are Held
November 1, 2018.

Crashed Lion Air Jet Possibly Located;
Debris & Belongings Found on Seabed
October 31, 2018.

**LATEST COMMENTS**

za on Brooklyn, NY – One Apparently Dead In BP
Shooting

New York – Marriott To Buy Starwood To Create World's
Biggest Hotel Chain | jnetwork on New York – Marriott To
Buy Starwood To Create World's Biggest Hotel Chain

Last Falash Mura to Come to Israel | jnetwork on Last
Falash Mura to Come to Israel

ISIS claims responsibility for Paris attacks | jnetwork on
ISIS claims responsibility for Paris attacks

Russia may restrict Moscow-Paris flights | jnetwork on
Russia may restrict Moscow-Paris flights



Sandra Bookman
✔@SandraBookman7

One man stabbed… another man in custody. Police on the scene in Midtown at 33rd and Fifth.

@ABC7NY

2:37 PM – Apr 23, 2018
- 26
- 27 people are talking about this

Twitter Ads info and privacy

(Yossi Taub – YWN)

🏷 POSTED IN » Local

Isn't it time you started selling on Amazon?  SalezPros.com  Helping Your Amazon Business Grow

## LEAVE A RESPONSE »

Name (required)
Email (required)
Website

Comment

reCAPTCHA V1 IS SHUTDOWN
Direct site owners to g.co/recaptcha/upgrade

Type the text    reCAPTCHA™
Privacy & Terms

POST COMMENT

☐ Notify me of follow-up comments by email.
☐ Notify me of new posts by email.

PASSOVER 2019 IN THAILAND
You've never had a Pesach like it!
The Best Vacation in Passover 2019
Pesach in Thailand!
+972549734080
Learn More
www.royalclubkosher.com

FIND FOR YOUR NEXT
HOME NEAR SHUL!
- FOR SALE / FOR RENT
- FLORIDA .. NY .. NJ
- LAS VEGAS AND MORE!
SEE OUR LISTINGS!
Walk2Shul
Walk2Shul.com

20 Jewish Websites Powerful Banner Ads that Work!
ISRAELPRESS   Daily Simchas!
20 WEBSITES
$10 PER DAY!!!

FrumTube.com Kosher Videos
Upload and View Kosher Videos Today!
Music, Torah, News, Entertainment+ more!
FrumTube.com

Kosher Kouponz
Daily Kosher Deals! Up to 90% Off!
KosherKouponz.com

Find the perfect property TODAY!
Israel, BKLYN , NJ, Long Island!
Approved area for you and your family!
www.kosherrentals.com
Powered by YidSense

Get the latest News, Events, Real Estate and Tips with Kosher Whatsapp!
Join Kosher WhatsApp
Text To Join Our Chat  Whatsapp Chat
718-717-9641

PARK EAST SYNAGOGUE
14TH ANNUAL BENEFIT CONCERT
INTERPRETED BY CANTOR DR. MORDECHAI SOBOL z"l
SATURDAY NIGHT, DECEMBER 1, 2018 · 8:00 PM
www.parkeastsynagogue.org · 212.737.6900

Learn about investing in Israel's best early stage technologies
Oct 31–Nov 1, 2018
at the National Investment Banking Association Conference0 in New York City
Register Now and SAVE $260   b·seed





**Connect With Us**

Twitter

Facebook

RSS Feed

NEWS IN YOUR INBOX

Enter your email address   SUBSCRIBE

**Sections**

- Israel
- Breaking News
- US
- World
- Local

**Contact**

- Advertising
- Feedback
- About Us
- Contact Us

Copyright © 2018 Kosher Media, Inc. All Rights Reserved.

Case 1:18-cv-06139-AMD-JO Document 1-1 Filed 11/01/18 Page 19 of 30 PageID #: 38

Home | Directory | Events | Classifieds | Jobs | Blog | Deals | Advertise | About Us | Feedback | Contact

PASSOVER 2019 JW MARRIOTT TURNBERRY MIAMI — LASKO GETAWAY — For Reservations: 877.538.9948 LASKOgetaways.com

NEWS IN YOUR INBOX — Enter your email address — SUBSCRIBE

5Towns.com

Loading Weather Data.
Please Wait...

**Local**

ADVERTISE

Get the word out with
Koshermedia.com!

## TEHILLIM: FRUM MAN STABBED IN MANHATTAN AND IN CRITICAL CONDITION

APRIL 23, 2018

An Orthodox Jewish man is in serious condition after he was stabbed in Midtown Manhattan on Monday afternoon.

Sources tell YWN that the 32-year-old victim was walking on 33rd Street and 5th Avenue when he accidentally bumped into a FedEx employee. They got into an altercation which resulted in the FedEx employee stabbing the Jewish man at least 4 times.

He was rushed to Bellevue Hospital where he is listed in critical condition.
The suspect was taken into custody by the NYPD.

Please say Tehillim for Yaakov Ben Yocheved.

FEATURED LISTINGS

Smooth Riding, Inc.
in Transportation



The suspected FedEx employee taken into custody

Additional details will be published when they become available to us.

View image on Twitter

Kosher Kouponz
Daily Kosher Deals! Up to 90% Off!
KosherKouponz.com

Find the perfect property TODAY!
Israel, BKLYN , NJ, Long Island!
Approved areas for you and your family!
www.kosherrentals.com

FrumTube.com Kosher Videos
Upload and View Kosher Videos Today!
Music, Torah, News, Entertainment +
more!
FrumTube.com

Powered by YidSense

RECENT POSTS

Jews in Pennsylvania Take Up Arms
After Pittsburgh Attack
November 1, 2018.

Pittsburgh Synagogue Suspect Pleads
Not Guilty As More Funerals Are Held
November 1, 2018.

Crashed Lion Air Jet Possibly Located;
Debris & Belongings Found on Seabed
October 31, 2018.

LATEST COMMENTS

Doug on Orthodox Residents Suing LeFrak City over
Electric Doors

LENASILK on New York – Mayor de Blasio Defends
Metzitzah B'peh Agreement

Steven J Glueck on Jonathan Pollard's Release Date

USA EMV cards available today (Chip & PIN -or- Chip &
Signature). - Page 312 - FlyerTalk Forums on New York –
MasterCard Extends Zero-Liability Policy To ATM
Transactions

ROSENBERG on US condemns terror attack, settler
reprisals

Want to know
what's going on in
the Community?
Events, Houses For
Sale & Rent, News?

Join SephardicDotCommunity

Text To Join Our Chat — Whatsapp Chat
718-717-9641

Case 1:18-cv-06139-AMD-JO Document 14 Filed 11/01/18 Page 20 of 30 PageID #: 39

Home | Directory | Events | Classifieds | Jobs | Blog | Deals | Advertise | About Us | Feedback | Contact

RAFFLE 01 -    $36,000   MEGA CASH PRIZE   $36,000

NEWS IN YOUR INBOX
Enter your email address   SUBSCRIBE

# Staten-Island.com

Loading Weather Data.
Please Wait...

**Local**

## TEHILLIM: FRUM MAN STABBED IN MANHATTAN AND IN CRITICAL CONDITION

APRIL 23, 2018

An Orthodox Jewish man is in serious condition after he was stabbed in Midtown Manhattan on Monday afternoon.

Sources tell YWN that the 32-year-old victim was walking on 33rd Street and 5th Avenue when he accidentally bumped into a FedEx employee. They got into an altercation which resulted in the FedEx employee stabbing the Jewish man at least 4 times.

He was rushed to Bellevue Hospital where he is listed in critical condition.
The suspect was taken into custody by the NYPD.

Please say Tehillim for Yaakov Ben Yocheved.





The suspected FedEx employee taken into custody

Additional details will be published when they become available to us.

View image on Twitter

ADVERTISE

Get the word out with
Koshermedia.com!

FEATURED LISTINGS

Quality 1st Basement System...
in Home Services

FrumTube.com Kosher Videos
Upload and View Kosher Videos Today!
Music, Torah, News, Entertainment+
more!
FrumTube.com

Find the perfect property TODAY!
Israel, BKLYN , NJ, Long Island!
Approved areas for you and your family!
www.kosherrentals.com

Kosher Kouponz
Daily Kosher Deals! Up to 90% Off!
KosherKouponz.com

Powered by YidSense

RECENT POSTS

Jews in Pennsylvania Take Up Arms
After Pittsburgh Attack
November 1, 2018.

Pittsburgh Synagogue Suspect Pleads
Not Guilty As More Funerals Are Held
November 1, 2018.

Crashed Lion Air Jet Possibly Located;
Debris & Belongings Found on Seabed
October 31, 2018.

LATEST COMMENTS

Iraq is going to Fall | Natural Disaster Astrology on Turkey
Rejects Payment, Apology for Terrorist Deaths

Taylor on Rockland County, NY – Appraiser For Yeshiva
In Controversial Sale Of East Ramapo School Arraigned
On Charges

SONGS OF JOY

DERECH CHAIM AUCTION

NOVEMBER 4



FrumTube.com Kosher Videos
Upload and View Kosher Videos Today!
Music, Torah, News, Entertainment+ more!
FrumTube.com

Find the perfect property TODAY!
Israel, BKLYN, NJ, Long Island!
Approved areas for you and your family!
www.kosherrentals.com

Kosher Kouponz
Daily Kosher Deals! Up to 90% Off!
KosherKouponz.com

Powered by YidSense

The Chesed Fund

Help Save This Boy's Life

WHEN "I" IS REPLACED WITH "WE" EVEN
ILLNESS
BECOMES
WELLNESS

✓ VERIFIED CAMPAIGN

Donate

PASSOVER 2019
JW MARRIOTT
TURNBERRY MIAMI

LASKO
GETAWAYS

877.538.9948
LASKOgetaways.com

SalezPros.com
Helping Your Amazon Business Grow

Buying or renting a home
in Brooklyn, NY or Deal, NJ?
Join the CommunityDiggs
Whatsapp Chat and be
the first to know what's
available!
Join CommunityDiggs
Text to Join Our Chat        Whatsapp
718-717-9641                 Chat

Shabbat
UNDER THE Stars

FIRST 100 GUESTS
RECEIVE A FREE OCEAN
VIEW CABIN UPGRADE
SINGLES CRUISE, NOV 2-4, 2018
FROM PALM BEACH TO THE BAHAMAS
$395

Making
Bar Mitzvah

"

Sandra Bookman
✓ @SandraBookman7

One man stabbed... another man in custody. Police on the scene in Midtown at 33rd and Fifth.

@ABC7NY

2:37 PM – Apr 23, 2018

• 26

• 27 people are talking about this

Twitter Ads info and privacy

(Yossi Taub – YWN)

🏷 POSTED IN » Local

Isn't it time you started selling on Amazon?    SalezPros.com
Helping Your Amazon Business Grow

## LEAVE A RESPONSE »

**Name** (required)

**Email** (required)

**Website**

Comment

reCAPTCHA V1 IS SHUTDOWN
Direct site owners to g.co/recaptcha/upgrade

Type the text        reCAPTCHA™
Privacy & Terms

POST COMMENT





Connect With Us

Twitter

Facebook

RSS Feed

NEWS IN YOUR INBOX

Enter your email address    SUBSCRIBE

Sections

- Israel
- Breaking News
- US
- World
- Local

Contact

- Advertising
- Feedback
- About Us
- Contact Us

Copyright © 2018 Kosher Media, Inc. All Rights Reserved.



Sandra Bookman
@SandraBookman7

One man stabbed… another man in custody. Police on the scene in Midtown at 33rd and Fifth.
@ABC7NY

2:37 PM – Apr 23, 2018
- 26
- 27 people are talking about this

Twitter Ads info and privacy
(Yossi Taub – YWN)

📑 POSTED IN » Local

Isn't it time you started selling on Amazon? SalezPros.com Helping Your Amazon Business Grow

## LEAVE A RESPONSE »

Name (required)

Email (required)

Website

Comment

reCAPTCHA V1 IS SHUTDOWN
Direct site owners to g.co/recaptcha/upgrade

Type the text          reCAPTCHA™
Privacy & Terms

POST COMMENT

☐ Notify me of follow-up comments by email.
☐ Notify me of new posts by email.

appliances connection
FREE IN HOME DELIVERY
SHOP NOW

Jerry Abramson's Matza FUN tours
PASSOVER 2019
CELEBRATE WITH A PAMPERED PASSOVER
AT OCEAN PLACE RESORT & SPA

Making Bar Mitzvah

PARK EAST SYNAGOGUE
14TH ANNUAL BENEFIT CONCERT
IN TRIBUTE TO CANTOR DR. MORDECAI SOBOL
SATURDAY NIGHT, DECEMBER 1, 2018 • 8:00 PM
www.parkeastsynagogue.org • 212.737.6900

INNERVIEW
BUILDING YOUR NEW DREAM HOUSE?
We'll tell you what's going on behind closed walls
917.756.0122  INNERVIEWCPD@GMAIL.COM

pomegranate
Kosher Gourmet Supermarket
food you can trust
fresh from around the world & around the corner
1507 Coney Island Ave
(Corner of Ave. L)
718.951.7112

REDWOOD REALTY ADVISORS
Yonkers Mulitfamily For Sale
Michael Scrima
914.208.2200 ext. 103





**Connect With Us**

Twitter

Facebook

Google+

RSS Feed

**NEWS IN YOUR INBOX**

Enter your email address    SUBSCRIBE

**Sections**

- Israel
- Breaking News
- US
- World
- Local

**Contact**

- Advertising
- Feedback
- About Us
- Contact Us

Copyright © 2018 **Kosher Media, Inc.** All Rights Reserved.





Sandra Bookman
@SandraBookman7

One man stabbed… another man in custody. Police on the scene in Midtown at 33rd and Fifth.
@ABC7NY

2:37 PM – Apr 23, 2018

26

27 people are talking about this

Twitter Ads info and privacy

(Yossi Taub – YWN)

POSTED IN » Local

Isn't it time you started selling on Amazon? SalezPros.com Helping Your Amazon Business Grow

## LEAVE A RESPONSE »

Name (required)

Email (required)

Website

Comment

ERROR for site owner:
Invalid domain for site key
reCAPTCHA
Privacy - Terms

POST COMMENT









> ❝
Sandra Bookman
✔ @SandraBookman7

One man stabbed… another man in custody. Police on the scene in Midtown at 33rd and Fifth.
@ABC7NY

2:37 PM – Apr 23, 2018
- 26
- 27 people are talking about this

Twitter Ads info and privacy

(Yossi Taub – YWN)

📑 POSTED IN ❯ Local

Isn't it time you started selling on Amazon? SalezPros.com Helping Your Amazon Business Grow

## LEAVE A RESPONSE ❯❯

Name (required)

Email (required)

Website

Comment

reCAPTCHA V1 IS SHUTDOWN
Direct site owners to g.co/recaptcha/upgrade

Type the text   reCAPTCHA™
Privacy & Terms

POST COMMENT




**Connect With Us**

Twitter

Facebook

RSS Feed

**NEWS IN YOUR INBOX**

Enter your email address SUBSCRIBE

**Sections**
- Israel
- Breaking News
- US
- World
- Local

**Contact**
- Advertising
- Feedback
- About Us
- Contact Us



Copyright © 2018 Kosher Media, Inc. All Rights Reserved.